# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEW HOPE WESLEYAN CHURCH, | |
| **Plaintiff,** | 8:24CV136 |
| vs. | ORDER TO SHOW CAUSE |
| ECCLESIA CONSTRUCTIONS COMPANY, LLC, | |
| **Defendant.** | |

The records of the Court show that on April 17, 2024, a letter (Filing No. 60) was sent to the following attorney from the Office of the Clerk directing that he/she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Jonathan M. Zetner**
**Arthur Chapman Law Firm**
**500 Young Quinlan Building**
**81 South 9th Street**
**Minneapolis, MN 55402**

**IT IS ORDERED** that on or before May 28, 2024, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Jonathan M. Zetner being removed as counsel of record.

Dated this 14th day of May, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge