IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ECCLESIA CONSTRUCTION COMPANY, LLC d/b/a ECCLESIA BUILDINGS STRATEGIES,<br><br>      Third-Party Plaintiff,<br><br> vs.<br><br>CHIEF INDUSTRIES, INC. d/b/a CHIEF BUILDINGS,<br><br>      Third-Party Defendant. | 8:24CV136<br><br>ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

   On April 16, 2024, District Judge Daniel L. Hovland of the United States District Court for the District of North Dakota transferred only Ecclesia's third-party complaint against Chief Industries to this Court. Filing 53. On June 5, 2024, this case was reassigned to the undersigned for disposition. Filing 85. The day before the case was reassigned, the parties to this third-party action filed a Stipulation of Dismissal Without Prejudice signed by counsel for these parties. Filing 84. The parties stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed without prejudice. Filing 84 at 1. They stipulate further that neither party is seeking costs or disbursements on this matter at this time, but in the event Third-Party Plaintiff Ecclesia reinstates its claims against Third-Party Defendant Chief, then Chief intends to seek both prior and future costs and/or disbursements at that time. Filing 84 at 1. Accordingly,

   IT IS ORDERED that the parties' Stipulation of Dismissal Without Prejudice is granted, Filing 84, and pursuant to that Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice, with no award of costs at this time, but without prejudice to

1

a subsequent claim for prior and future costs and/or disbursements if this third-party action is reinstated.

Dated this 6th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge